■ LEMLEK v ISRAEL.—Motion for reargument, or in the alternative for leave to appeal to the Court of Appeals granted. Concur—Murphy, P. J., Asch, Kassal and Rubin, JJ.

---

SECOND DEPARTMENT, JULY, 1990

(July 2, 1990)

■ MARJORIE BIENZ, Individually and as Executrix of HA-